**<u>NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER</u>**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000009
20-APR-2026
08:06 AM
Dkt. 33 OCOR**

NO. CAAP-24-0000009


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ADELINO SAMUEL PACHECO, Petitioner-Appellee,
v. DAVIANN TABION, Respondent-Appellant


APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CASE NO. 2DSS-23-0000294)


<u>ORDER OF CORRECTION</u>
(By: Nakasone, Chief Judge)

IT IS HEREBY ORDERED that the Summary Disposition Order entered on March 18, 2026 (docket no. 31) in the above case is hereby corrected as follows:

1. On page 7, in the last paragraph, 2nd line, first word, should be replaced with "2023" so that as corrected, the text reads: "2023 Injunction Order, . . . ."

The clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, April 20, 2026.

/s/ Karen T. Nakasone
Chief Judge